UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

| | | |
|---|---|---|
| IN RE: | : | In Proceedings Under Chapter 13 |
| LILLIE MAXINE JAMES | : | |
| Debtor | : | |
| | : | Case No. 02-50543-AHWS |
| LILLIE MAXINE JAMES | : | |
| Movant | : | |
| vs. | : | |
| SILVER RIDGE CONDOMINIUM ASSOCIATION, INC. | : | |
| Respondent | : | |
| MOLLY T. WHITON, Trustee | : | |
| | : | June 27, 2005 |

## AMENDED MOTION FOR SANCTIONS AGAINST DEBTOR

Pursuant to Rule 9011 of the Federal Rules of Bankruptcy Procedure (FRBP), the movant, SILVER RIDGE CONDOMINIUM ASSOCIATION, INC. (hereinafter referred to as "SILVER RIDGE") respectfully moves this Court to impose sanctions upon the Debtor, LILLIE MAXINE JAMES (hereinafter referred to as "JAMES") and/or her attorney ROBERT A. CUSHMAN (hereinafter referred to as "CUSHMAN"). In support of its motion, the movant states the following:

1. According to the record and unknown to SILVER RIDGE, the Debtor filed

the above-entitled Chapter 13 Bankruptcy during the pendency of a foreclosure action filed against JAMES by her mortgagee.

2. The foreclosure action was initiated against JAMES by Columbia National, Inc. on or about February 11, 2002 entitled <u>Columbia National, Inc. v. Lillie Maxine James, et. Al.</u>, FST-CV-020187933-S.

3. SILVER RIDGE was named a defendant, but did not appear in said action. (See Case Detail Report attached hereto and marked as Exhibit "A").

4. SILVER RIDGE was not notified that JAMES had filed bankruptcy.

5. At the time JAMES filed her bankruptcy petition her account was current; SILVER RIDGE was not listed as a creditor on the bankruptcy matrix.

6. The Debtor included her unit (Unit A-11, a condominium unit located at Silver Ridge Condominiums) in her bankruptcy estate.

7. No notice of any plan confirmation as alleged by CUSHMAN was received by SILVER RIDGE on or about March 13, 2003 or any other time.

8. As a unit owner, JAMES is liable for the payment of common charge assessments payable to the Association under the condominium documents and Connecticut statutes.

9. On July 14, 2004 counsel for SILVER RIDGE, unaware of the bankrupcy filing, sent a demand letter to JAMES notifying her of an arrearage in her common charge payments and demanding payment within thirty (30)

days.

10. JAMES failed to respond to said demand letter, and a foreclosure action was initiated.

11. At no time from the transmittal of the demand letter to the ultimate settlement of the collection action did JAMES state to SILVER RIDGE or its attorney that she was in the midst of a bankruptcy.

12. On or about September 20, 2004, SILVER RIDGE initiated a foreclosure action against JAMES entitled <u>Silver Ridge Condominium Association, Inc. v. Lillie Maxine James et al.</u>, FST-CV-04-4001316-S. (See Case Detail Report attached hereto and marked as Exhibit "B").

13. On November 8, 2004 JAMES sent a check as partial payment of back charges, fees and costs of collection due to SILVER RIDGE through September 2004.

14. Not until November 19, 2004 did counsel for SILVER RIDGE learn from JAMES' bankruptcy attorney that JAMES was in bankruptcy.

15. At no time did SILVER RIDGE knowingly or intentionally violate the automatic stay of proceedings.

16. Upon learning of the existence of the JAMES bankruptcy, counsel for SILVER RIDGE filed a withdrawal of action. (See Exhibit "C").

17. At no time during the entire process did JAMES complain or exhibit any

signs of extreme emotional distress.

18. After CUSHMAN's written demand, SILVER RIDGE refunded $1,503.90 collected as attorney's fees and costs in its foreclosure action.

19. Despite the fact that the foreclosure action was immediately withdrawn, the funds returned and that SILVER RIDGE had been completely unaware of Debtor's bankruptcy filing, CUSHMAN proceeded to litigate a Motion for Sanctions seeking attorney's fees and $10,000.00 as damages for its client's alleged emotional distress.

20. At a hearing on SILVER RIDGE's Motion for Relief from Stay and CUSHMAN's Motion for Sanctions held on March 24, 2005, argument was presented which indicated that the Debtor was in arrears of her common charge payments and that attorney's fees were incurred in the preparation and presentation of SILVER RIDGE's motion.

21. Counsel for Debtor conceded that his client had no doctor's report, no hospital records, and no documented evidence at all to corroborate his claim for emotional distress.

22. Faced with incontrovertible evidence that SILVER RIDGE had not knowingly or willfully violated the automatic stay, CUSHMAN still demanded a trial on the issues.

23. SILVER RIDGE was unnecessarily forced to incur substantial attorney's fees in the research and preparation of a memorandum of law in response to CUSHMAN's memorandum.

24. SILVER RIDGE will unnecessarily incur further attorney's fees and costs in the litigation of the trial demanded by the Debtor and CUSHMAN.

25. The Motions and arguments presented by CUSHMAN are improper and intended to harrass SILVER RIDGE and its attorneys, to cause unnecessary delay and to needlessly increase the cost of litigation.

26. CUSHMAN has proceeded with the litigation of his Motions unreasonably denying the fact that he has all relevant factual information at his disposal.

27. CUSHMAN's demand for $10,000.00 money damages demand is frivolous and unwarranted by any existing law applicable to the facts of this case.

WHEREFORE, the movant, SILVER RIDGE CONDOMINIUM ASSOCIATION, INC. moves this Court for an imposition of Sanctions against the Debtor, LILLIE MAXINE JAMES and her attorney ROBERT A. CUSHMAN for their violation of Rule 9011 of the FRBP.

THE MOVANT

BY: _____
Ronald J. Barba
Bender, Anderson and Barba, P.C.
3308 Whitney Avenue
Hamden, CT 06518
Phone (203) 248-6440
Federal Bar #CT15013



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT

| | |
|---|---|
| IN RE | In Proceedings Under Chapter 13 |
| LILLIE MAXINE JAMES, Debtor | |
| LILLIE MAXINE JAMES | Case No. 02-50543-AHWS |
| Movant | |
| SILVER RIDGE CONDOMINIUM ASSOCIATION, INC. | |
| Respondent | |

June 27, 2005

## CERTIFICATION

This is to certify that on the above date, a copy of the attached Motion for Sanctions, Order and Certification was mailed postage prepaid, to all counsel and pro se parties of record as follows:

Office of the U.S. Trustee
One Century Tower
265 Church Street, Ste. 1103
New Haven, CT 06510-7016

Molly T. Whiton, Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106

Lillie Maxine James, Debtor
8 Oakwood lane, A-11
Norwalk, CT

Robert A. Cushman
Law Offices of Robert A. Cushman
305 North Mountain Road
Newington, CT

THE MOVANT

BY _____
Ronald J. Barba
Bender, Anderson and Barba, P.C.
3308 Whitney Avenue
Hamden, CT 06518
Phone (203) 248-6440
Federal Bar #CT15013

Civil/Family Case Lookup  Case 02-50543  Doc 90  Filed 07/22/05  Entered 07/25/05 10:50:34  Desc Main  Page 1 of 2
Document  Page 9 of 13

EXHIBIT A




State of Connecticut
Judicial Branch

Civil Inquiry Home  Prev Page  Site Help  Comments Page  Calendar Notices  Case Look-up

Screen Section Help: Detail Party Motions

# Case Detail

**Data Updated as of: 3/21/2002**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| COLUMBIA NATIONAL | v. | JAMES, LILLIE ET AL |

**Docket Number:** FST-CV-02-0187933-S  **Court Location:** Stamford
**File Date:** Feb 11 2002  **Return Date:** Feb 19 2002
**\* Last Action Date:** Mar 21 2003  **ADR Status:** Not Applicable
**Case Type:** PROPERTY - FORECLOSURE

**List Type:** .
**Disposition Date:** Mar 11 2002
**Judge/Magistrate:** Hon. R. BURKE  **Trial List Claim:**
**Disposition:** JUDGMENT WITHOUT TRIAL

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear | No Fee Party |
|---|---|---|---|---|---|
| COLUMBIA NATIONAL INC | 01 | P | | | |
| Attorney: REINER REINER & BENDETT PC (Juris No. 102892) 160 FARMINGTON AVE. FARMINGTON, CT 06032 | | | | | |
| COMMITTEE | 02 | P | | | |
| Attorney: MELVIN BLOOMENTHAL (Juris No. 004905) BLOOMENTHAL & TROW, LLC 30 OAK ST, SUITE 104 STAMFORD, CT 06905 | | | | | |
| LILLIE JAMES 8 OAKWOOD AVE UNIT A-11 NORWALK, CT 06850 | 50 | D | Y | | |
| SILVER RIDGE CONDO ASSN INC | 51 | D | | Y | |

## Motions / Pleadings / Objections - (Last 10)

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 103.10 | Mar 11 | AFFIDAVIT OF DEBT | P | No | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2002 | | | | | | |
| 104.10 | Mar 11 2002 | AFFIDAVIT | P | No | | | |
| 105.10 | Mar 11 2002 | AFFIDAVIT OF DEBT | P | No | | | |
| 106.10 | Mar 11 2002 | AFFIDAVIT | P | No | | | |
| 107.55 | Mar 11 2002 | JUDGMENT WITHOUT TRIAL | | Yes | | Mar 11 2002 | Hon. RICHARD BURKE |
| 108.00 | Mar 19 2002 | NOTICE | P | No | | | |
| 109.00 | May 13 2002 | COMMITTEE FEES/EXPENSES | Court | No | | | |
| 110.20 | May 20 2002 | WITHDRAW MOTION | P | No | | | |
| 111.00 | Jul 24 2002 | COMMITTEE FEES/EXPENSES | Court | No | Granted | Aug 05 2002 | Hon. WILLIAM LEWIS |
| 112.00 | Mar 21 2003 | NOTICE OF BANKRUPTCY | D | No | | | |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Lookup | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map

Copyright © 2005, State of Connecticut Judicial Branch



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

Screen Section Help: Detail Party Motions

# Case Detail

**Data Updated as of: 6/24/2005**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| SILVER RIDGE | v. | JAMES, LILLIE ET AL |

| | |
|---|---|
| Docket Number: FST-CV-04-4001316-S | Court Location: Stamford |
| File Date: Sep 20 2004 | Return Date: Sep 28 2004 |
| * Last Action Date: Dec 09 2004 | ADR Status: Not Applicable |
| Case Type: PROPERTY - FORECLOSURE | |
| List Type: | |
| Disposition Date: Dec 07 2004 | |
| Judge/Magistrate: | Trial List Claim: |
| Disposition: WITHDRAWAL OF ACTION | |

* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear | No Fee Party |
|---|---|---|---|---|---|
| SILVER RIDGE CONDO ASSN INC | 01 | P | | | |
| Attorney: BENDER ANDERSON & BARBA PC (Juris No. 105040) 3308 WHITNEY AVENUE HAMDEN, CT 06518 | | | | | |
| LILLIE JAMES 8 OAKWOOD AVE UNIT A11 NORWALK, CT 06850 | 50 | D | Y | | |
| AMERICAN HOME MORTGAGE | 51 | D | | Y | |

## Motions / Pleadings / Objections - (Last 10)

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.10 | Oct 04 2004 | MOT FOR DFLT-APPEARANCE | P | No | Granted | Oct 14 2004 | BY THE CLERK |
| 102.10 | Nov 04 2004 | MOT FOR DEFAULT-PLEADING | P | No | Granted | Nov 04 2004 | BY THE CLERK |
| 103.00 | Nov 15 2004 | APPRAISAL | P | No | | | |
| 104.55 | Dec 07 | WITHDRAWAL OF | | Yes | | Dec 07 | BY THE |

| | 2004 | ACTION | | | | | 2004 | PLAINTIFF |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Di

**WITHDRAWAL**
JD-CV-41 Rev. 10-01

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

EXHIBIT C

COMPLETE ALL SECTIONS BELOW

DOCKET NO. CV-04-4001316S
RETURN DATE

NAME OF CASE (FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT)
**SILVER RIDGE CONDOMINIUM ASSOCIATION, INC. VS. LILLIE M. JAMES, ET AL.**

[X] Judicial District   [ ] Housing Session   [ ] G.A. No.

ADDRESS OF COURT (No., street, town and zip code)
123 Hoyt Street, Stamford, CT 06905

**SECTION I** (check only one box) THIS WITHDRAWAL IS BEING FILED BECAUSE THE DISPUTE HAS BEEN RESOLVED BY:

**I. COURT-ANNEXED ADR**
- 411088 [ ] Early Intervention
- 411089 [ ] Early Neutral Evaluation
- 411090 [ ] Attorney Trial Referee
- 411091 [ ] Fact-Finding
- 411093 [ ] Arbitration
- 411094 [ ] Mediation
- 411095 [ ] Special Masters
- 411096 [ ] Summary Jury Trial

**II. COURT INTERVENTION**
- 411098 [ ] Pretrial Conference
- 411099 [ ] Trial Management Conference
- 411100 [ ] Commencement of Trial
(court trial - first witness sworn; jury trial - trial jurors sworn)

**III. PRIVATE ADR**
- 411102 [ ] Provider Name:

**IV. OTHER**
- 411103 [ ] Discussion of Parties on Their Own
- 415602 [X] Unilateral Action of Party(ies)

**SECTION II**

**WITHDRAWAL**

(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)

**DISPOSITIVE**

(WDACT) [X] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.
(WOARD) [ ] A judgment has been rendered against Defendant(s): _____ and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

**PARTIAL**

The
(WDCOMP) [ ] Complaint
(WDCOUNT) [ ] Counts of the complaint:
(WDINTCO) [ ] Intervening Complaint
(WDTHPC) [ ] Third Party Complaint
(WAPPCOM) [ ] Apportionment Complaint
(WDCC) [ ] Cross Complaint (cross claim)
(WOC) [ ] Counterclaim
(WOAAP) [ ] Plaintiff(s):
(WOAAD) [ ] Complaint against defendant(s):
[ ] Other:

in the above entitled action is withdrawn.                                    only w/o costs

**SIGNATURE REQUIRED**

Plaintiff   Silver Ridge Condo Assoc., Inc.   ; By [signature]
Plaintiff   _____ ; By _____  Attorney
Defendant  _____ ; By _____  Attorney
Defendant  _____ ; By _____  Attorney

**NAME & ADDRESS OF SIGNER:** ➤ Ronald M. Bender, Esq., of Bender, Anderson and Barba, P.C., 3308 Whitney Avenue, Hamden, CT 06518

**SECTION III**

**CERTIFICATION**

I hereby certify that a copy was mailed/delivered to all counsel and pro se parties of record on:
DATE: 12-3-04

SIGNED (Individual attorney or pro se party)
X [signature]

NAME OF EACH PARTY SERVED:
Lillie James
American Home Mortgage Servicing, Inc.

ADDRESS AT WHICH SERVICE WAS MADE:
8 Oakwood Avenue, Unit A-11, Norwalk, CT 06850
520 Broadhollow Road, Mellville, NY 11747

PHONE NO. (Area code first): 203-248-6440